[No. 46470-5-II. Division Two. February 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY SARA LELAND, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-01584-3, Marilyn K. Haan, J., entered June 12, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 46693-7-II. Division Two. February 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL JAMES JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 14-1-00235-1, George L. Wood, J., entered August 7, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Lee, JJ.

[No. 46710-1-II. Division Two. February 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS H. BOYER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00440-8, Michael H. Evans, J., entered August 19, 2014. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 47410-7-II. Division Two. February 2, 2016.]

*In the Matter of the Adoption of* H.M.G.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-5-00474-7, James R. Orlando, J., entered March 27, 2015. *Reversed* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Worswick, J.